# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID L. ENGLER, Administrator of the Estate of T.F., a minor, | ) ) ) | CASE NO. 4:14-cv-2442 |
| PLAINTIFF, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) | |
| DAVID ARNOLD, | ) ) ) | **JUDGMENT ENTRY** |
| DEFENDANT. | ) ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion, defendant's motion to dismiss this case is granted. This case is closed.

**IT IS SO ORDERED**.

Dated: July 10, 2015

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**